FILED

03/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0498

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 22-0498

-------------------------------------------------------------------------------------------------

GREENER MONTANA PROPERTY MANAGEMENT, LLC,
TRAVIS MARTINEZ, Individually, and
KRISTYN MARTINEZ, Individually,

Plaintiffs & Appellees,

v.

HYDI CUNNINGHAM,

Defendant & Appellant.

-------------------------------------------------------------------------------------------------

On Appeal from the Montana Twenty-First Judicial District Ravalli County
Cause No. DV-22-187
Hon. Judge Howard F. Recht

-------------------------------------------------------------------------------------------------

## ORDER GRANTING EXTENSION OF TIME
-------------------------------------------------------------------------------------------------

Upon Consideration of Appellees' unopposed motion for an extension of time

to file their Answer Brief by May 3, 2023,

IT IS HEREBY ORDERED that Appellee is granted an extension of time until

and including May 3, 2023 to prepare, serve, and file their Answer Brief.

DATED this _____ day of _____, 2023 or electronically signed and

dated below.

_____
For the Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 22 2023